ACCEPTED
01-14-00123-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 3:51:51 PM
CHRISTOPHER PRINI
CLERK

# IN THE COURT OF APPEALS

## FIRST JUDICIAL DISTRICT

### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 3:51:51 PM
CHRISTOPHER A. PRINE
Clerk

**APPEAL NUMBER 01-14-00123-CV**
**Trial Court Cause Number: 2013-29304**

On Appeal from the 246th District Court of Harris County, Texas

KAYLA MARIE McCARTNEY     }    APPELLANT

                              }

V.                                  }

                              }

JOSHUA NEAL POLK          }    APPELLEE

## APPELLEE'S MOTION FOR REHEARING EN BANC

Counsel for Appellee:

Jay M. Wright
204 West Davis Street
Conroe, Texas 77301
Telephone: 936-494-2462
Telecopier: 936-494-1976
Email: jaywrightatty@hotmail.com
Attorney for Appeal

Counsel for Appellant:

Timothy Hootman
    2402 Pease Street
Houston, Texas 77003
Telephone: 713-247-9548
Telecopier: 713-583-9523
Email: thootman2000@yahoo.com


Lianna Garza
1010 Lamar, Suite 860
Houston, Texas 77002
Attorneys for Appeal

1

## LIST OF PARTIES AND COUNSEL

Appellant:

KAYLA MARIE McCARTNEY
17855 Camp Cove Drive
Cypress, Texas 77429

Appellee:

JOSHUA NEAL POLK
17015 Carrol Lane
Willis, Texas 77378

Counsel for Appellant:

Timothy A. Hootman
2402 Pease Street
Houston, Texas 77003
Telephone: 713-247-9548
Telecopier: 713-583-9523
Email: thootman2000@yahoo.com
Attorney for Appeal

Counsel for Appellee:

Jay M. Wright
Attorney at Law
204 West Davis Street
Conroe, Texas 77301
Telephone: 936-494-2462
Telecopier: 936-494-1976
Email: jaywrightatty@hotmail.com
Attorney at trial and Appeal

Liana Garza
1010 Lamar, Suite 860
Houston, Texas 77002
Attorney for Trial and Appeal

Office of the Attorney General, Child Support Division
Treasea Trevino, Assistant Attorney General
4600 Highway 6 North, Suite 300
Houston, Texas 77084
Attorney for Trial only

the committed forces of the secular-progressive movement that want to change America dramatically: mold it in the image of Western Europe." p. 1, *Bill O'Reilly, Culture Warrior,* Broadway Books publishing, New York, 2006. This court should be engaged in preserving American traditions that support the American family and not attempting to destroy family bonds.

Because the Majority Opinion ignores Supreme Court holdings and attempts to strike at the heart of American family traditions, the entire Court of Appeals En Banc should rehear and re-consider this case, withdraw the Majority Opinion, and substitute an En Banc Judgment and Opinion affirming the trial court's decision in this case.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests the Court En Banc to rehear and reconsider the Majority ruling in this Appeal, withdraw the Majority Opinion, and substitute an En Banc Judgment and Opinion affirming the trial court's decision in this case and grant any such further relief to which Appellee may be entitled.

Respectfully Submitted,

Jay M. Wright
State Bar No. 22041800
204 West Davis Street
Conroe, Texas 77301
Telephone: 936-494-2462
Telecopier: 936-494-1976
Email: jaywrightatty@hotmail.com
ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

I hereby certify that, on December 31, 2014, in accordance with Rule 9.5 of the

Rules of Appellate Procedure, that the number of words contained in this Motion For Rehearing En Banc are 1,271 according to the computer program used to prepare this document.

_____
Jay M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2014, a true and correct copy of the above and foregoing Motion For Rehearing En Banc of Appellee was served upon Timothy A. Hootman, 2402 Pease Street, Houston, Texas 77003, thootman2000@yahoo.com and Treasea Trevino, Assistant Attorney General, Child Support Division, 4600 Highway 6 North, Suite 300, Houston, Texas 77084, FAX: 713-281-345-9457, via electronic notification and first-class U.S. mail, in accordance with the Rules of Appellate Procedure.

_____
Jay M. Wright